FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ NOV 12 2015 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIN Poole

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**

under the Civil Rights Act, 42 U.S.C. § 1983

**-against-**

NYC

Jury Trial: ☐ Yes ☑ No
(check one)

15 Civ. 6033 ( )
(JFB)(AKT)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's
Name DARIN Poole
ID#
Current Institution NONE
Address 48 West Clinton Ave Roosevelt N.Y. 11575

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name NYC Shield #
Where Currently Employed
Address

RECEIVED
NOV 13 2015
EDNY PRO SE OFFICE

Defendant No. 2 Name ______________________ Shield # ________
Where Currently Employed ______________________
Address ______________________

Defendant No. 3 Name ______________________ Shield # ________
Where Currently Employed ______________________
Address ______________________

**Who did what?**

Defendant No. 4 Name ______________________ Shield # ________
Where Currently Employed ______________________
Address ______________________

Defendant No. 5 Name ______________________ Shield # ________
Where Currently Employed ______________________
Address ______________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
This Claim didn't arise in any institution

B. Where in the institution did the events giving rise to your claim(s) occur?

C. What date and approximate time did the events giving rise to your claim(s) occur?

**What happened to you?**

D. Facts: The Facts are as Follows

① We Claim That the city of NY is Responsible for the Actions of the NYPD and there employees.
② We Claim that on 4 different occasions The NYPD busted down the doors at 413 Miller Ave Brooklyn N.Y. without documented permission and did damage to the home.
③ We Claim that the NYPD violated our Civil and Consitutional Rights by illegally entering the home of 413 Miller Ave without producing a Valid search warrant upon entry
④ We Claim that the NYPD violated all search and seizure laws by entering the home of 413 and searching and seizing anything that was found on the said visitors at that time without producing a search warrant at the time of entry
⑤ We Claim that the NYPD illegally forced there way into the home of 413 Miller Ave and found nothing except what they found on the visitors

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

We were all manhandled guns placed in our faces

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NONe we were hold at the 75 pct for A time and given dAt's

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? We Were Release

1. Which claim(s) in this complaint did you grieve? NONe

2. What was the result, if any? NONe

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. NONe

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

NONE

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I feel i have followed all the procedure's as far as I know I have exhausted all administratve Remedies

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Request monetary compensation in the amount of 10 million dollars, for punitive damages, pain & suffering and for the civil and consitutional violations and the unlawful entry into the home of 413 miller ave and the damage

Also the unauthorize illegal entry into the home of 413 Miller and failure to produce search warrants upon entry and failed to verify and display vaild ID and sheilds to verify that the were officers of the law.

**VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Darin Poole
Defendants Nassau Cty

2. Court (if federal court, name the district; if state court, name the county) ____

3. Docket or Index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit N/A

6. Is the case still pending? Yes ✓ No ____

If NO, give the approximate date of disposition N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____
Defendants ____

2. Court (if federal court, name the district; if state court, name the county) ____________

3. Docket or Index number ____________
4. Name of Judge assigned to your case ____________

5. Approximate date of filing lawsuit ____________
6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition ____________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 10 day of NOV, 2015

Signature of Plaintiff ____________

Inmate Number ____________

Institution Address ____________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 10 day of NOV, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ____________

*Rev. 01/2010*

Jaklin Poole
413 Miller Ave
Brooklyn N.Y. 11207

ATT Pro Se
US District court ED NY
100 Federal Plaza
C.I N.Y. 11722

CT 06779 FOREVER
USA
NOV 1

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 12 2015 ★
LONG ISLAND OFFICE